UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>GENERAL MOTORS LLC<br>IGNITION SWITCH LITIGATION<br><br>*This Document Relates to the Plaintiffs in the Actions Listed on the Attached Exhibit A* | No. 14-MD-2543 (JMF)<br><br>Hon. Jesse M. Furman |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The plaintiffs listed on the attached Exhibit A, each by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Confidential Master Settlement Agreement entered into by the parties, hereby give notice of the voluntary dismissal with prejudice of all actions, claims, and causes of action against all General Motors LLC and all other defendants. The dismissal by each of the plaintiffs listed in Exhibit A is intended to include the lawsuit identified in Exhibit A as well as any other lawsuit brought against General Motors LLC and all other defendants by the identified plaintiff related to or arising out of the same incident or occurrence. Costs taxed as paid.

Pursuant to Order 165, Counsel hereby certifies that Court approval of the settlement was not required for the plaintiffs listed in Exhibit A.

General Motors LLC consents and stipulates to the dismissal with prejudice of these plaintiffs' actions.

The Clerk of Court is directed to docket this in 14-MD-2543 and each of the cases listed in Exhibit A; to terminate as parties -- in both 14-MD-2543 and their respective member cases -- each plaintiff listed in Exhibit A; and to close any case with no remaining active plaintiffs.  SO ORDERED.

*[signature]*
February 27, 2020

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: February 25, 2020 | /s/ *Brett A. Emison* |
|  | Brett A. Emison |
|  | LANGDON & EMISON LLC |
|  | 911 Main Street, P.O. Box 220 |
|  | Lexington, MO 64067 |
|  | Telephone No.: (660) 259-6157 |
|  | Facsimile No.: (660) 259-4571 |
|  | brett@lelaw.com |
|  | *Attorneys for Plaintiffs* |
|  |  |
|  | /s_Wendy L. Bloom |
|  | Richard C. Godfrey |
|  | Andrew B. Bloomer |
|  | Wendy L. Bloom |
|  | KIRKLAND & ELLIS LLP |
|  | 300 North LaSalle |
|  | Chicago, IL 60654 |
|  | Telephone No.: (312) 862-2205 |
|  | Facsimile No.: (312) 862-2200 |
|  | Wendy.bloom@kirkland.com |
|  | Richard.godfrey@kirkland.com |
|  | Andrew.bloomer@kirkland.com |
|  | *Attorneys for Defendant General Motors LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2020, I electronically filed the foregoing Notice of Voluntary Dismissal with Prejudice using the CM/ECF system which will serve notification of such filing to the email of all counsel of record in this action.

By: */s/ Brett A. Emison*
Brett A. Emison



# EXHIBIT A

| Name | Cause No. |
|---|---|
| Allen, Carl | Carl Allen v. General Motors, LLC; 1:18-cv-06297 |
| Anderson, Cindy | Cindy Anderson v. General Motors, LLC; 1:18-cv-08625 |
| Barton, James | James W. Barton v. General Motors, LLC; 1:18-cv-05243 |
| Benard, Mary | Mary Benard v. General Motors, LLC; 1:18-cv-07995 |
| Bingle, Bonnie | Bonnie Bingle v. General Motors, LLC; 1:18-cv-6351 |
| Birkheimer, LeAnn | LeAnn Birkheimer v. General Motors, LLC; 1:18-cv-01114 |
| Bleicken, Eric | Eric Bleicken v. General Motors, LLC; 1:18-cv-04053 |
| Bloedow, Barbara | Barbara Bloedow v. General Motors, LLC; 1:18-cv-06008 |
| Bovanizer, Karen | Karen Bovanizer v. General Motors, LLC; 1:18-cv-07436 |
| Brown, Chante | Chante Brown v. General Motors, LLC; 1:18-cv-05593 |
| Brown-Washington, Patricia | Patricia Brown-Washington v. General Motors, LLC; 1:18-cv-08270 |
| Carrisales, Patrick | Patrick Carrisales v. General Motors, LLC; 1:18-cv-05632 |
| Cook, Julie | Julie Cook v. General Motors, LLC; 1:18-cv-08484 |
| DiSchiavi, Mario | Mario DiSchiavi v. General Motors, LLC; 1:18-cv-08484 |
| Elmeier, Stephen | Stephen Elmeier v. General Motors, LLC; 1:18-cv-05199 |
| Hair, Danischa | Danischa, Hair v. General Motors, LLC; 1:18-cv-02532 |
| Harrington, Richard | Richard Harrington v. General Motors, LLC; 1:18-cv-05957 |
| Hayes, Nathan | Nathan Hayes v. General Motors, LLC; 1:18-cv-06000 |
| Hernandez, Rosalia | Rosalia Hernandez v. General Motors, LLC; 1:18-cv-08226 |
| Hightower, Tracy | Tracy Hightower v. General Motors, LLC; 1:17-cv-09209 |
| Hosfelt, Helene | Helene Hosfelt v. General Motors, LLC; 1:18-cv-05697 |
| Hutchings, Kevin | Kevin Hutchings v. General Motors, LLC; 1:18-cv-05605 |
| Jankauskas, Roseanne | Roseanne Jankauskas v. General Motors, LLC; 1:18-cv-07100 |
| Jaskula, Joseph, Sr. | Joseph Jaskula v. General Motors, LLC; 1:18-cv-05111 |
| Johnson, Kevin | Kevin L. Johnson v. General Motors, LLC; 1:18-cv-05006 |
| Jones, Jimmy | Jimmy Jones v. General Motors, LLC; 1:18-cv-06905 |
| Jones, Madeline | Madeline Jones v. General Motors, LLC; 1:18-cv-06041 |
| LaFevor, Kimberly | Kimberly LaFevor v. General Motors, LLC; 1:18-cv-02082 |

| | |
|---|---|
| Lambert, Jennifer | Jennifer Lambert v. General Motors, LLC; 1:18-cv-08595 |
| Lawkin, Lyndon | Lyndon Lawkin v. General Motors, LLC; 1:18-cv-06010 |
| McCarthy, Shawn | Shawn McCarthy v. General Motors, LLC; 1:18-cv-06510 |
| Mikeska, Christopher | Christopher Mikeska v. General Motors, LLC; 1:19-cv-01029 |
| Miller, Jennifer | Jennifer Miller v. General Motors, LLC; 1:18-cv-06044 |
| Morton, Philip | Philip Morton v. General Motors, LLC; 1:18-cv-06294 |
| Polanowski, Jennifer | Jennifer Polanowski v. General Motors, LLC; 1:18-cv-06393 |
| Polanowski, Mark | Mark Polanowski v. General Motors, LLC; 1:18-cv-06350 |
| Ray, Kristi | Kristi Ray v. General Motors, LLC; 1:18-cv-06112 |
| Renckert, Michael | Michael Renckert v. General Motors, LLC; 1:18-cv-04905 |
| Starlin, Marvella | Marvella Starlin v. General Motors, LLC; 1:18-cv-05440 |
| Stevenson, Kim | Kim Stenvenson v. General Motors, LLC; 1:18-cv-06154 |
| Tittle, James | James Tittle v. General Motors, LLC; 1:18-cv-01984 |
| Tousoulis, John | John Tousoulis Individually and as Personal Representative of the Estate of Denise Tousoulis v. General Motors, LLC; 1:18-cv-06251 |
| Whatley, Susan | Susan Michelle Whatley v. General Motors, LLC; 1:18-cv-02991 |
| Wisdom, Sharon | Sharon Wisdom v. General Motors, LLC; 1:19-cv-01115 |
| Wrigley, Joyce | Joyce Wrigley v. General Motors, LLC; 1:18-cv-06151 |